UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN L. QUARLES,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   No. 23-cv-1601<br>: |
| DOMINIC J. BONTEMPO and<br>JASON GOLDBERG,<br>    Defendants. | :<br>:<br>: |

# **O R D E R**

**AND NOW**, this 2nd day of July, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Goldberg's Motion for Summary Judgment, ECF No. 67, is **GRANTED**.

2. Defendant Bontempo's Motion for Summary Judgment, ECF No. 69, is **GRANTED**.

3. To the extent Plaintiff's filings at ECF Nos. 80 and 83 were intended to be motions for summary judgment, they are **DENIED**.

4. Summary judgment is **ENTERED** in favor of Defendants on all claims.

5. The above-captioned action is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge