UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN L. QUARLES,<br>    Plaintiff,<br><br>v.<br><br>DOMINIC J. BONTEMPO and<br>JASON GOLDBERG,<br>    Defendants. | :<br>:<br>:<br>:   No. 2:23-cv-01601<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 7th day of October, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion for Reconsideration, ECF No. 98, is **DENIED**.

2. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge